COA #   08-13-00103-CR          OFFENSE:   19.02

STYLE:  Luis Alfredo Perez v. The
        State of Texas            COUNTY:   Tarrant

COA DISPOSITION:  affirmed        TRIAL COURT:  213th District Court

DATE: 03/04/15          Publish: NO   TC CASE #:   1245990D

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE:  Luis Alfredo Perez v. The State
        of Texas                          CCA #: _____

_____ **APPELLANT'S** _____ Petition    CCA Disposition: **373-15**
FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____
_____ Refused _____                     JUDGE: _____
DATE: 05/13/2015                        SIGNED: _____  PC: _____
JUDGE: Per Curiam                       PUBLISH: _____  DNP: _____

                    -----------------------

                    _____ MOTION FOR
REHEARING IN CCA IS: _____
JUDGE: _____